**IN RE: CELGARD, LLC, Appellant**

**2016-1218**

United States Court of Appeals, Federal Circuit.

December 13, 2016

CYRUS ALCORN MORTON, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by ANDREW DOUGLAS HEDDEN, WILLIAM MANSKE; BRYAN J. VOGEL, New York, NY.

FRANCES LYNCH, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, WILLIAM LAMARCA, SCOTT WEIDENFELLER.

(Prost, Chief Judge, Lourie and Moore, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**